IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

ASHLEY PUGH AND DAVID PUGH,           :
INDIVIDUALLY, AND AS PARENTS          :
AND NATURAL GUARDIANS OF SEAN         :
PUGH, A MINOR,                        :
        Plaintiffs,              :
                                 :   Civil No. 5:20-cv-00630
        v.                       :
                                 :
COMMUNITY HEALTH SYSTEMS,             :
INC., *et al.*,                       :
        Defendants.              :
_____

## **ORDER**

AND NOW, on January 8, 2021, in accordance with my accompanying Memorandum Opinion, it is ORDERED that Plaintiffs Ashley and David Pugh's Motion for Sanctions Against Defendants Northampton Hospital and Northampton Clinic Company (doc. 43) is GRANTED in part.

1. Plaintiffs' allegations of undue delay in delivering Sean Pugh are established for the purposes of litigation against Northampton Hospital and Northampton Clinic Company.

2. Northampton Hospital and Northampton Clinic Company shall compensate Plaintiffs' counsel $500.00 for attorneys' fees and costs related to litigating this motion.

3. If Defendants produce the outstanding discovery by February 7, 2021, I will vacate only the first paragraph of this Order.

                                    BY THE COURT:

                                    /s/ *Timothy R. Rice*
                                    TIMOTHY R. RICE
                                    U.S. MAGISTRATE JUDGE