**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| ASHLEY PUGH AND DAVID PUGH, : | |
| INDIVIDUALLY, AND AS PARENTS : | |
| AND NATURAL GUARDIANS OF SEAN : | |
| PUGH, A MINOR, : | |
|          Plaintiffs, : | |
|              : | Civil No. 5:20-cv-00630-TRR |
|         v. : | |
|              : | |
| COMMUNITY HEALTH SYSTEMS, : | |
| INC., *et al.*, : | |
|          Defendants. : | |

---

## ORDER

**AND NOW**, on July 7, 2021, in accordance with my accompanying memorandum opinion, it is ORDERED that:

1.    Plaintiffs' Motion to Determine Sufficiency of Defendant Northampton Hospital's Answers to Plaintiffs' Requests for Admissions (doc. 68) is GRANTED in part and DENIED in part.

2.    The Northampton Defendants' responses to Requests for Admission Numbers 11, 19, and 28 are deemed ADMITTED.

3.    The Northampton Defendants shall respond without objection to the amended Request for Admission Number 5 by **July 14, 2021**.

4.    The Northampton Defendants shall respond without objection to Plaintiffs' Requests for Admission Numbers 7 and 8 by **July 14, 2021**.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE