IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY PUGH, *et al.*, : | |
|     Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:20-cv-00630-JMG |
| : | |
| COMMUNITY HEALTH SYSTEMS, INC., *et al.*, : | |
|     Defendants. : | |

**ORDER**

**AND NOW**, this 7th day of July, 2023, upon consideration of Defendant Northampton Hospital Company, LLC d/b/a Easton Hospital ("Easton Hospital") and Defendant Northampton Clinic Company, LLC d/b/a Easton Area Obstetrics & Gynecology Associations ("EAOG")'s *Daubert* motion to exclude Plaintiffs' causation testimony regarding the alleged cause of minor-Plaintiffs' autism and summary judgment for lack of causation (ECF No. 125); Plaintiffs' response in opposition to Defendants Easton Hospital and EAOG's *Daubert* motion and summary judgment for lack of causation (ECF No. 132); Defendant Douha Sabouni, M.D.'s supplemental brief (ECF No. 184); Defendants Easton Hospital and EAOG's memorandum in support of their motion for summary judgment (ECF No. 185); Plaintiffs' response in opposition of Defendants' motion for summary judgment (ECF No. 186); and any replies, exhibits, and appendices thereto, and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants Easton Hospital and EAOG's motion for summary judgment for lack of causation (ECF No. 125) is **GRANTED.**

                                                          BY THE COURT:

                                                          */s/ John M. Gallagher*
                                                          JOHN M. GALLAGHER
                                                          United States District Court Judge