IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY PUGH, *et al.,* : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:20-cv-00630-JMG |
| : | |
| COMMUNITY HEALTH SYSTEMS, INC., *et al.,* : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 17th day of July, 2023, upon consideration of Plaintiffs' Motion for Reconsideration of the Court's May 10, 2023 Order; and, in the alternative, Request to Amend the Court's Order Pursuant to 28 U.S.C. § 1292(b) to Certify Interlocutory Appeal (ECF No. 193); Defendant Douha Sabouni's Response in Opposition (ECF No. 211); Defendant Northampton Hospital Company, LLC d/b/a Easton Hospital ("Easton Hospital") and Defendant Northampton Clinic Company, LLC d/b/a Easton Area Obstetrics & Gynecology Associations ("EAOG")'s Response in Opposition (ECF No. 212); and any replies, exhibits, and appendices thereto, and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration of the Court's May 10, 2023 Order; and, in the alternative, Request to Amend the Court's Order Pursuant to 28 U.S.C. § 1292(b) to Certify Interlocutory Appeal (ECF No. 193) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge