IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY PUGH, *et al.,* : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:20-cv-00630-JMG |
| : | |
| COMMUNITY HEALTH SYSTEMS, INC., *et al.,* : | |
| Defendants. : | |

# ORDER

**AND NOW**, this 26th day of July, 2023, in conjunction with the Court's Memorandum Opinion and accompanying Order granting Defendant Northampton Hospital Company, LLC d/b/a Easton Hospital ("Easton Hospital") and Defendant Northampton Clinic Company, LLC d/b/a Easton Area Obstetrics & Gynecology Associations ("EAOG")'s *Daubert* motion and summary judgment motion for lack of causation (ECF Nos. 214, 215),[1]

**IT IS HEREBY ORDERED** that Judgement is **ENTERED** in favor of all Defendants against Plaintiffs.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] Defendant Douha Sabouni, M.D. joins Defendant Easton Hospital and EAOG's *Daubert* motion and summary judgment motion for lack of causation.  *See* Order, ECF No. 159 at 2 (granting Defendant Dr. Sabouni's motion to join Defendants Easton Hospital and EAOG's *Daubert* motion and summary judgment motion for lack of causation).  Accordingly, the Court granted summary judgment in favor of all Defendants.  *See id.*; *see also* ECF Nos. 214, 215.